UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ROSALIE AUBREE GUANCIONE,<br><br>Debtor/Appellant. | Case No. 14-mc-80171-BLF<br><br>**ORDER DENYING DEBTOR'S APPLICATION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>[Re: ECF 1] |

Debtor Rosalie Aubree Guancione seeks to proceed *in forma pauperis* with respect to her appeal of an order issued by the United States Bankruptcy Court for the Northern District of California. Debtor filed an application to proceed *in forma pauperis* in the United States Bankruptcy Appellate Panel for the Ninth Circuit, which transferred the motion to this Court after determining that it lacks authority to rule on the application under Ninth Circuit law. (*See* Order Transferring IFP Motion to District Court, ECF 1)

Subject to certain statutory limitations on prisoner litigation, this Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets" the person possesses and shows "that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Debtor's application, which the Bankruptcy Appellate Panel attached to its transfer order, is a fill-in-the blank form with many of the blanks left uncompleted. For example, while Debtor states that she "receives Social Security Disability Income," she does not specify the amount of such income or the amount of her monthly expenses. Moreover, although the form clearly indicates that it is to be signed under penalty of perjury by the applicant, the form is not signed by Debtor personally but by "W.B.

1  Stewart III" as Debtor's "Power of Attorney."  In federal court, "[e]very pleading, written motion,
2  and other paper must be signed . . . *by a party personally if the party is unrepresented*."  Fed. R.
3  Civ. P. 11(a) (emphasis added).
4        Accordingly, Debtor's application to proceed on appeal *in forma pauperis* is DENIED
5  without prejudice to submission of a fully completed application to this Court.

7  Dated:  June 13, 2014

                                                                  BETH LABSON FREEMAN
                                                                  United States District Judge