UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ROSALIE AUBREE GUANCIONE,<br><br>Debtor/Appellant. | Case No. 14-mc-80171-BLF<br><br>**ORDER GRANTING DEBTOR'S APPLICATION FOR LEAVE TO PROCEED ON APPEAL** *IN FORMA PAUPERIS*<br><br>[Re: ECF 3] |

Debtor Rosalie Aubree Guancione seeks to proceed *in forma pauperis* with respect to her appeal of an order issued by the United States Bankruptcy Court for the Northern District of California. Debtor filed an application to proceed *in forma pauperis* in the United States Bankruptcy Appellate Panel for the Ninth Circuit, which transferred the motion to this Court on June 6, 2014 after determining that it lacks authority to rule on the application under Ninth Circuit law. (*See* Order Transferring IFP Motion to District Court, ECF 1) This Court denied the transferred application on the basis that it did not provide sufficient information regarding Debtor's finances, and it was not signed by Debtor personally. (Order, ECF 1) That denial was "without prejudice to submission of a fully completed application to this Court." (*Id.*)

On July 1, 2014, Debtor filed a renewed application to proceed *in forma pauperis* with respect to her appeal of the order of the Bankruptcy Court. (Applic., ECF 3) This application includes a declaration that provides substantial detail regarding Debtor's finances, including that Debtor's sole source of income is public assistance. (Decl. ¶ 28, ECF 3-1) The declaration is signed under penalty of perjury. (Decl., ECF 3-1) The Court concludes that Debtor has satisfied the requirements for proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915(a) (court may authorize appeal without prepayment of fees by a person who "submits an affidavit that includes a statement

1  of all assets" the person possesses and shows "that the person is unable to pay such fees or give

2  security therefor").[1]

3      Accordingly, Debtor's application for leave to proceed on appeal *in forma pauperis* is

4  GRANTED.

5      IT IS SO ORDERED.

7  Dated: July 2, 2014

                                           /s/ Beth Labson Freeman

                                           BETH LABSON FREEMAN
                                           United States District Judge

United States District Court
Northern District of California

---

[1] If this Court were the trial court, it would be required to evaluate whether Debtor's appeal was "taken in good faith." 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."). Because § 1915(a)(3) does not apply, this Court has not considered the merits of Debtor's appeal in ruling on her application to proceed *in forma pauperis*.